# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| GRANDEYE LIMITED, | ) | |
|     *Appellant*, | ) | |
| | ) | |
|     v. | ) | Appeal No. 2015-1622, -1624, -1625 |
| | ) | |
| GOOGLE INC., | ) | |
|     *Appellee*. | ) | |
| _____ | ) | |

**INTERVENOR AND APPELLEE'S JOINT UNOPPOSED
MOTION FOR A TWENTY-ONE DAY EXTENSION OF TIME**

The Director of the United States Patent and Trademark Office is an Intervenor in this appeal. Pursuant to Fed. Cir. R. 26, the Director requests that the time for filing the Director's brief, currently due October 5, 2015, be extended twenty-one (21) days to October 26, 2015. This is the second extension of time requested by the Director. The Court previously granted the Director an extension of nineteen (19) days. The Director requests this extension due to the heavy workload of the Solicitor's Office and the undersigned counsel.

Appellee Google Inc. requests the same extension of time for filing its brief in order to harmonize the Intervenor's and Appellee's briefing deadlines. This is the second extension of time requested by Google. The Court previously granted Google an extension of forty-six (46) days.

Counsel for the Director has conferred with counsel for Appellant Grandeye, Stephen Y. Chow, who has stated that Grandeye does not oppose the relief requested in this motion.

This motion is accompanied by declarations pursuant to Fed. Cir. R. 26(b)(5).

September 24, 2015                                      Respectfully submitted,


*/s/ Stacy B. Margolies*                                */s/ Cono A. Carrano*
Thomas W. Krause                                        Cono A. Carrano
Acting Solicitor                                        ccarrano@akingump.com
                                                        Pratik A. Shah
Scott C. Weidenfeller                                   pshah@akingump.com
Acting Deputy Solicitor                                 Emily C. Johnson
                                                        johnsone@akingump.com
Stacy B. Margolies                                      Z.W. Julius Chen
Jeremiah S. Helm                                        chenj@akingump.com
Associate Solicitors
                                                        Akin Gump Strauss Hauer & Feld LLP
Office of the Solicitor                                 Robert S. Strauss Building
U.S. Patent and Trademark Office                        1333 New Hampshire Avenue, NW
Mail Stop 8, P.O. Box 1450                              Washington, DC  20036-1564
Alexandria, Virginia 22313-1450                         Phone:   (202) 887-4000
thomas.krause@uspto.gov                                 Fax:     (202) 887-4288
scott.weidenfeller@uspto.gov
stacy.margolies@uspto.gov                               *Counsel for Google Inc.*
jeremiah.helm@uspto.gov
(571) 272-9035

*Attorneys for the Director of the*
*United States Patent and Trademark*
*Office*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| GRANDEYE LIMITED, | ) | |
|    *Appellant*, | ) | |
| | ) | |
| v. | ) | Appeal No. 2015-1622, -1624, -1625 |
| | ) | |
| GOOGLE INC., | ) | |
|    *Appellee*. | ) | |
| _____ | ) | |

### DECLARATION IN SUPPORT OF INTERVENOR AND APPELLEE'S JOINT UNOPPOSED MOTION FOR A TWENTY-ONE DAY EXTENSION OF TIME

I, Stacy B. Margolies, hereby declare:

1. I am the primary attorney for the Director assigned to work on this case.

2. I submit this declaration in accordance with Federal Circuit Rule 26(b)(5) and in support of Intervenor and Appellee's Joint Unopposed Motion for a Twenty-One Day Extension of Time.

3. Due to my heavy workload and the heavy workload of the Solicitor's Office, additional time is needed to assure proper preparation and review of the Director's brief.

4. Counsel for Appellant has indicated that Appellant does not oppose the motion for an extension of time until October 26, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2015        */s/ Stacy B. Margolies*
                                                           Stacy B. Margolies
                                                           Associate Solicitor

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| GRANDEYE LIMITED, | ) | |
|     *Appellant*, | ) | |
| | ) | |
| v. | ) | Appeal No. 2015-1622, -1624, -1625 |
| | ) | |
| GOOGLE INC., | ) | |
|     *Appellee*. | ) | |
| _____ | ) | |

### DECLARATION IN SUPPORT OF INTERVENOR AND APPELLEE GOOGLE INC.'S UNOPPOSED MOTION FOR A TWENTY-ONE DAY EXTENSION OF TIME

I, Cono A. Carrano, hereby declare:

1. I am the principal attorney for Appellee Google Inc. in this case.

2. I submit this declaration in accordance with Federal Circuit Rule 26(b)(5) and in support of Intervenor's and Appellee's Unopposed Motion for a Twenty-One Day Extension of Time.

3. Due to the desire to harmonize the parties' briefing deadlines, consistent with the Intervenor's request, good cause exists for the requested extension.

4. Counsel for Appellant has indicated that it does not oppose this motion for an extension of time until October 26, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2015         */s/ Cono A. Carrano*
                                                                    Cono A. Carrano

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Grandeye Limited    v.    Google Inc.

Case No.   2015-1622, -1624, -1625

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellee certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Google Inc.

2. The name of the real party in interest (Please only include any real party in interest NOT identified in Question 3. below) represented by me is:

Google Inc.

3. All parent corporations and any publicly held companies that own 10 percent of the stock of the party or amicus curiae represented by me are listed below. (Please list each party or amicus curiae represented with the parent or publicly held company that owns 10 percent or more so they are distinguished separately.)

None

4. ☒ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

Cono A. Carrano, David C. Vondle, Emily C. Johnson, Ashraf Fawzy, Pratik A. Shah, Z.W. Julius Chen, Akin Gump Strauss Hauer & Feld LLP, 1333 New Hampshire Ave. N.W., Washington, D.C. 20036

August 25, 2015                              /s/ Cono. A. Carrano
Date                                         Signature of counsel

Please Note: All questions must be answered

                                             Cono A. Carrano
cc:   all counsel of record                  Printed name of counsel

Reset Fields

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2015, I electronically filed the foregoing INTERVENOR AND APPELLEE'S JOINT UNOPPOSED MOTION FOR A TWENTY-ONE DAY EXTENSION OF TIME with the Court's CM/ECF filing system, which constitutes service, pursuant to Fed. R. App. P. 25(c)(2), Fed. Cir. R. 25(a), and the Court's Administrative Order Regarding Electronic Case Filing 6(A) (May 17, 2012), on Counsel for the parties.

                                          */s/ Stacy B. Margolies*
                                          Stacy B. Margolies
                                          Associate Solicitor
                                          U.S. Patent and Trademark Office
                                          Mail Stop 8, P.O. Box 1450
                                          Alexandria, VA 22313-1450
                                          (571) 272-9035